UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| TOBY L. LANG,<br><br>　　　Plaintiff,<br><br>v.<br><br>MARTIN O'MALLEY, Commissioner of the Social Security Administration,<br><br>　　　Defendant. | 4:24-cv-04137-VLD<br><br><br>**ORDER FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** |

Upon consideration of the Commissioner's Unopposed Motion for Entry of Judgment with an Order of Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g), it is hereby

ORDERED that the Commissioner's decision in this matter is reversed and this cause is remanded to the Commissioner for further administrative proceedings as set forth below. *See Shalala v. Schaefer*, 509 U.S. 292 (1993);[1] It is further

ORDERED that upon remand by the Court, the Commissioner will direct further administrative review of Plaintiff's residual functional capacity and issue a new decision.

DATED this 25th day of November, 2024.

BY THE COURT:

_____
VERONICA L. DUFFY
United States Magistrate Judge

---

[1] The Clerk of Court will enter a separate judgment pursuant to Federal Rule of Civil Procedure 58.