UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| TOBY L. LANG,<br><br>    Plaintiff,<br><br>v.<br><br>MICHELLE KING<br>Acting Commissioner of Social Security,<br><br>    Defendant. | 4:24-cv-04137-VLD<br><br><br>**ORDER FOR EAJA FEES** |

Plaintiff moves for an award of attorney fees and costs pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d).   The Defendant does not object.   Therefore, it is,

ORDERED that the Commissioner will pay to Plaintiff reasonable attorney fees in the amount of $5,690.00 and that the Judgment Fund will pay to Plaintiff $405.00 in costs.[1]

IT IS FURTHER ORDERED that if it is determined upon effectuation of the Court's EAJA fee Order the Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program, the fees will be made payable to Plaintiff's attorney.   If there is a debt owed under the Treasury Offset Program, the remaining fee after offset will be paid by a check made out to Plaintiff, c/o the Plaintiff's attorney, and delivered to the attorney.

Dated this  18th  day of  February  2025.

*Veronica L. Duffy*

VERONICA L. DUFFY
United States Magistrate Judge

---

[1] Costs are paid "by the Secretary of the Treasury after certification by the Attorney General." 28 U.S.C. § 2414, as referenced in 28 U.S.C.§ 2412(c)(1).