UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| TOBY L. LANG,<br><br>             Plaintiff,<br><br>vs.<br><br>FRANK J. BISIGNANO, Commissioner of Social Security;<br><br>             Defendant. | 4:24-CV-04137-VLD<br><br><br>ORDER AMENDING ORDER GRANTING COSTS |

Previously, plaintiff sought an award of attorneys fees and costs as the prevailing party, seeking the sum of $405 as reimbursement for the filing fee. Docket No. 17. Plaintiff had not previously paid the filing fee as he had sought and received *in forma pauperis* status. Docket Nos. 2 & 6. In its response, defendant agreed to pay the requested $405 filing fee. Docket No. 17. The court signed defendant's proposed order directing defendant to pay plaintiff $405 as reimbursement for the cost of the filing fee. Docket No. 20. Yesterday, the plaintiff paid to the court $405 for the filing fee in this matter. See Docket entry immediately after Docket No. 20.

However, the court's order was in error. When a plaintiff is granted IFP status, the filing fee is only $350. In all other cases, the filing fee is $405. Therefore, plaintiff should have sought only $350 in costs for the filing fee and

this court should only have granted plaintiff $350 in costs. Accordingly, it is hereby

ORDERED that the clerk of court shall refund to defendant the excess sum of $55.

Dated July 1, 2025

BY THE COURT:

_____
VERONICA L. DUFFY
UNITED STATES MAGISTRATE JUDGE